

NUMBER 13-08-00447-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF B. C. C., A CHILD

On appeal from the 24th District Court of Jackson County, Texas.

## MEMORANDUM OPINION

### Before Justices Yanez, Garza, and Vela
### Memorandum Opinion Per Curiam

The appellant perfected an appeal from a judgment terminating parental rights or conservatorship. On July 28, 2008, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on July 21, 2008, and that the district clerk, Sharon Mathis, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten

days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).


PER CURIAM


Memorandum Opinion delivered and
filed this the 30th day of October, 2008.